USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES DEL VILLAR,

                Plaintiff,

v.

BROTHERS BOAT CLEANING SERVICES CORP.,

                Defendant.

No. 21-CV-8785 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On November 9, 2021, Plaintiff filed an affidavit of service stating that Defendant Brothers Boat Cleaning Services Corporation was served on November 4, 2021. Brothers Boat Cleaning Services Corporation's answer was due on November 26, 2021. To date, Defendant has not appeared, answered, or otherwise responded to the complaint. Defendant shall do so or seek an extension by January 24, 2022. If Defendant fails to do so, and Plaintiff intends to move for default judgment, he shall do so by February 7, 2022.

      Plaintiff shall serve a copy of this Order on Defendant by January 10, 2022 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    January 3, 2022
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge