# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**                                          Tel: 718-740-1000
Email: abdul@abdulhassan.com                          Fax: 718-740-2000
*Employment and Labor Lawyer*                    Web: www.abdulhassan.com

**May 30, 2022**

**Via ECF**

Hon. Ronnie Abrams, USDJ
United States District Court, SDNY
500 Pearl St.
New York, NY 10007-1312

<u>**Re: Del Villar v. Brothers Boat Cleaning Services Corp**</u>
**Case No: 21-CV-08785 (RA)(SN)**
**Motion for Extension of Time**

Dear Judge Abrams:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the May 30, 2022 deadline for the plaintiff to file a motion for settlement approval. This request is being made because some additional time is needed to finalize the papers. We were hoping to file by today's deadline and did not anticipate making this request. No prior request for an extension of this deadline was made.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:        Defense Counsel via ECF**

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
05/31/2022

1