UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDRES DEL VILLAR,

                              **Plaintiff,**                            **21-CV-08785 (SN)**

       -against-                                                         **ORDER**

BROTHERS BOAT CLEANING SERVICES CORP.,

                             **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On July 11, 2022, Plaintiff submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). However, the settlement agreement submitted was only signed by Plaintiff. By July 29, 2022, Plaintiff shall file a copy of the settlement agreement signed by all parties for the Court's review.

**SO ORDERED.**

                                                                          _____
                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:      New York, New York
                    July 22, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2022