```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDRES DEL VILLAR,

                        Plaintiff,              21-CV-08785 (SN)

            -against-                            ORDER

BROTHERS BOAT CLEANING SERVICES CORP.,

                        Defendant.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2022

**SARAH NETBURN, United States Magistrate Judge:**

In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on July 22, 2022, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF Nos. 28, 30. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   July 27, 2022
         New York, New York